AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Steven Schuko

**APPEARANCE**

Case Number: MJ04-M-273 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Steven Schuko

I certify that I am admitted to practice in this court.

Date: 11/18/04

Signature

Print Name: Richard M. Egbert          Bar Number: 151800

Address: 99 Summer St

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-737-8222   Fax Number: 617 737 8223