UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. O4-M-273-JLA** |
| | ) | |
| **STEPHEN SCHUKO** | ) | |

## ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on November 17, 2004, in Stoughton, Massachusetts, by the Drug Enforcement Administration on an arrest warrant issued on November 10, 2004, by the United States District Court for the Western District of Texas.

At an initial appearance held before me on November 18, 2004, the defendant was detained pending the detention/preliminary examination/removal hearing. On November 22, 2004, the defendant appeared before me and was ordered released on conditions. The defendant agreed that he is the person named in the complaint and waived his right to an identity and removal hearing and a preliminary examination, and consented to an order removing him to the Western District of Texas.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, removed to the Western District of Texas and, further, that the defendant appear before the United States District Court of the Western District of Texas at El Paso, Texas, when ordered to do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, Western District of Texas.

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: 11/30/04