AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                     MASSACHUSETTS

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| LAURENTINO LEUREANO, ET ALS. | Case Number:  MJ04-M-273 JLA |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALEXANDER | SUSAN POSWISTILLO | Sorokin/Leppo/Sheketoff/Egbert/Grossberg |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11-22-04 | DIGITAL RECORDING | REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11-22-04 | direct | | SEAN MURRAY, STATE POLICE OFFICER |
| 1 | | 11-22-04 | X | X | TEXAS AFFIDAVIT (corrections made) |
| | | 11-22-04 | CROSS | | SEAN MURRAY, STATE POLICE OFFICER |
| | | 11-23-4 | | | SEAN MURRAY, STATE POLICE OFFICER |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.