UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN SCHUKO | Criminal No. 04-00273-JLA |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Stephen Schuko respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Florida for four days in February 2005, for work opportunities. In support, Mr. Schuko states as follows:

1. Mr. Schuko wishes to travel to 1321 Golf Drive in South Fort Myers, Florida and stay with a long-time friend, for a short period of time. Mr. Schuko intends to fly to Florida for work opportunities in the area.

2. Mr. Schuko is prepared to forward his itinerary to Pretrial Services.

3. Since he has been released on bail, Mr. Schuko has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

4. As this Court may recall, it previously found that Mr. Schuko is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Mr. Schuko would not return to Massachusetts to face the charges against him.

WHEREFORE, Mr. Schuko respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Florida in February 2005.

        Respectfully submitted,
        STEPHEN SCHUKO,
        By his attorneys,

        __/s/ Richard M. Egbert_____
        Richard M. Egbery, BBO # 151800
        Patricia A. DeJuneas, BBO # 652997
        99 Summer Street, Suite 1800
        Boston, MA 02110
        (617) 737-8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on January 25, 2005, I caused a copy of the forgoing to be served via first class mail, postage prepaid, upon counsel for the Assistant United States Attorney Susan Poswistilo.

        _/s/ Richard M. Egbert_____
        Richard M. Egbert