UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>STEPHEN SCHUKO | Criminal No. 04-00273 |

**MOTION TO RELEASE BAIL**
**AND DISCHARGE MORTGAGE**

Now comes the Defendant, Stephen Schuko, in the above-captioned matter and respectfully requests this Honorable Court order the clerk for the United States of America for the District of Massachusetts to release the funds posted as security for the appearance bond, and discharge the mortgage currently encumbering the property of Stacie A. LeBow-Schuko. In support, he states as follows:

(1) On November 22, 2004, Ms. LeBow-Schuko posted the sum of $10,000.00 as security for an appearance bond (See Exh. A);

(2) On November 29, 2004, Ms. LeBow-Schuko executed a mortgage in favor of the United States District Court, District of Massachusetts, in the amount of $100,000.  (See Exh. B).

(3) Mr. Schuko was sentenced and taken into custody in the Western District of Texas on November 9, 2005.

Therefore, the defendant requests that the $10,000 security be returned and the mortgage be discharged.

        Respectfully submitted,
        By his attorney,


        ___/s/ Richard M. Egbert_____
        Richard M. Egbert, BBO: 151800
        Law Offices of Richard M. Egbert
        99 Summer Street, Suite 1800
        Boston, MA 02110
        (617) 737-8222


**CERTIFICATE OF SERVICE**

    I, Richard M. Egbert, hereby certify that I caused a true copy of the foregoing document to be served electronically upon all counsel of record and to the Clerk of the Criminal Court, United States Courthouse, 1 Courthouse Way, Boston, MA 02110, this 30th day of November, 2005.


        ___/s/ Richard M. Egbert_____
        Richard M. Egbert

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN SCHUKO | Criminal No. 04-00273 |

## DISCHARGE OF MORTGAGE

      Sarah A. Thornton, Clerk of the United States District Court, District of Massachusetts, holder of a mortgage dated November 29, 2004 from Stacie A. LeBow-Schuko to the Clerk of the United States District Court, for the property known as One Janet Street, Norton, Massachusetts and recorded at the Bristol County Registry of Deeds at Book 11963, Pages 6-7, acknowledges satisfaction of same.

                                          Sarah A. Thornton, Clerk

## COMMONWEALTH OF MASSACHUSETTS

Boston, Massachusetts                                                              December ___, 2005

      Then personally appeared before me, the above-named Sarah A. Thornton, Clerk of the United States District Court, and acknowledged the foregoing to be her free act and deed.

                                          Notary Public
                                          My Commission Expires: _____