## DISCHARGE OF MORTGAGE

I, Sarah A. Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage dated November 29, 2004, from Stacie A. LeBow-Schucko to the Clerk of the United States District Court for the District of Massachusetts, for property located at One Janet Street, Norton, Massachusetts . and recorded in the official records of the Bristol County Registry of Deeds county book 14464 and page 143 acknowledge satisfaction of the same.

Witness my hand and seal this 27 day of February, 2006

_____
Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 2/27/06

Then personally appeared Sarah A. Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

_____
Notary Public
My commission expires: 12/12/08